UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

NORTHFIELD INSURANCE COMPANY                    Civil Action No. 16cv471

                          Plaintiff,          **STIPULATION**

-against-

QUEENS PALACE, INC., ROSEWOOD REALTY, LLC,
NYC KAZI OFFICE INC., & VICENTA MORAN, as
Administratrix of the Estate of Eduardo Rojas,

                        Defendants.
-------------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** that the time for Defendant, VICENTA MORAN, as Administratrix of the Estate of Eduardo Rojas, to answer or move in response to Plaintiffs Summons and Complaint and the same is hereby extended up to and including **March 25, 2016.**

*Electronic signatures shall have the same force and effect and originals*

Dated: March 18, 2016
        Manhasset, New York

_____          _____
JOANNE ENGELDRUM, ESQ.                     JOSHUA LOCKAMY, ESQ.
Rivkin Radler, LLP                         Kohan Law Group, PC
Attorneys for Plaintiff                    Attorneys for Defendant VICENTA MORAN, as
926 RXR Plaza                              Administratrix of the Estate of Eduardo Rojas
Uniondale, New York 11556                  1180 Northern Blvd, Suite 201
                                          Manhasset, NY 11030